1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                    )
ESTERA L. TAMAS, *et al.*,                )
                                                    )   No. C07-750RSL
                            Plaintiffs,       )
         v.                                      )   ORDER GRANTING MOTION
                                                    )   TO FILE OVER-LENGTH BRIEF
STATE OF WASHINGTON, DEPARTMENT )
OF SOCIAL AND HEALTH SERVICES, )
*et al.*,                                          )
                                                    )
                            Defendants.   )
_____)

This matter comes before the Court on "Defendants' Motion to File Over-Length Brief" (Dkt. #32). In their motion, defendants request leave to file a 45-page brief to include: 1) their response to "Plaintiffs' Motion for Partial Summary Judgment to Strike Affirmative Defenses Nos. 1, 2, 3, 4 and 6" (Dkt. #27); 2) a motion to strike portions of plaintiffs' motion for partial summary judgment; and 3) a cross-motion for summary judgment.

Under Local Civil Rule 7(e), defendants would have had a total of 48 pages in which to respond to plaintiffs' motion for partial summary judgment and file their own motion for summary judgment. Accordingly, the Court GRANTS defendants' motion (Dkt. #32) for leave to file a 45-page combined response and summary judgment motion. However, given that defendants have chosen to combine their response and summary judgment motion, under Local Civil Rule 7(f)(4), plaintiffs are granted leave to file a 22-page reply in support of their motion for partial summary judgment (Dkt. #27), and the Court RENOTES plaintiffs' motion (Dkt. #27)

ORDER GRANTING MOTION
TO FILE OVER-LENGTH BRIEF

to **September 7, 2007** to allow plaintiffs adequate time to file their reply. Under Local Civil Rule 7(f)(4), plaintiffs are also granted leave to file a 45-page response brief to defendants' motion for summary judgment (Dkt. #36). Defendants' reply in support of their motion for summary judgment (Dkt. #36) shall be limited to 22 pages.

DATED this 29th day of August, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
TO FILE OVER-LENGTH BRIEF            -2-