The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

ESTERA L. TAMAS; RUTH S. TAMAS; and MONICA, by and through her court-appointed guardian for the purposes of litigation,

                Plaintiffs,

v.

STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES; MARSCHELL BAKER, individually and in her official capacity acting under color of state law; JOYCE DRAKE, individually and in her official capacity acting under color of state law; JAMES KAIROFF, individually and in her official capacity acting under color of state law; SHARON KLEINHEN, individually and in her official capacity acting under color of state law; CHRIS KNESER, individually and in her official capacity acting under color of state law; ELAINE LIPSON, individually and in her official capacity acting under color of state law; SHARON LOEFFLER, individually and in her official capacity acting under color of state law; BEVERLY PAYNE, individually and in her official capacity acting under color of state law; and KELLIE WALKER, individually and in her official capacity acting under color of state law,

                Defendants.

NO. C07-750 RAJ

NOTICE OF APPEARANCE

NO.  C07-750 **Error! Reference source not found.**
NOTICE OF APPEARANCE

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

TO:             ESTERA L. TAMAS; RUTH S. TAMAS; and MONICA, Plaintiffs

AND TO:         DAVID P. MOODY, Plaintiffs' Attorney

     YOU AND EACH OF YOU will please take notice that the above-named defendants enters their appearance in the above-entitled action and requests that notice of any and all further proceedings in said action be served upon the undersigned attorney at the address stated below.

     **TRANSMISSION BY FAX OR BY ELECTRONIC MAIL DOES NOT CONSTITUTE SERVICE, UNLESS AGREED IN WRITING OR UNLESS OTHERWISE REQUIRED BY COURT RULE.**

     DATED this 14th day of March, 2011.

ROBERT M. MCKENNA
Attorney General


*/s/ Ian M. Bauer*
IAN M. BAUER, WSBA No. 35563
ERIC A. MENTZER, WSBA No. 21243
Assistant Attorneys General
Attorneys for Defendants

NO.  C07-750**Error! Reference source not found.**
NOTICE OF APPEARANCE

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1

2

**CERTIFICATE OF SERVICE**

3      I hereby certify that on March 14, 2011, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

4

5    Anthony D. Shapiro          tony@hbsslaw.com
     David P. Moody              davidm@hbsslaw.com
6    Martin D. McLean           martym@hbsslaw.com

7

8                                    /s/ Ian M. Bauer
                                     IAN M. BAUER, WSBA No. 35563
9                                    ERIC A. MENTZER, WSBA No. 21243
                                     Assistant Attorney General
10                                   Tort Claims Division
                                     P.O. Box 40126
11                                   Olympia, WA  98504-0126
                                     (360) 586-6300
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NO.  C07-750**Error! Reference source not found.**          3
NOTICE OF APPEARANCE

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300